FILED BY ___ D.C.

05 MAY -9 PM 3: 46

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                                                              CR. NO. 05-20119
                                                                 Judge McCalla
CHRISTOPHER AGEE,
            Defendant

## ORDER ON ARRAIGNMENT

This cause came to be heard on May 4, 2005. An Assistant United States Attorney for this district appeared on behalf of the government, and the defendant appeared in person and with retained counsel:

Kemper B. Durand
One Commerce Square, Suite 2900
Memphis, TN 38103
Telephone: 525-8721
Fax: 525-6722
E-mail: durandk@thomasonlaw.com

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

The defendant, who is not in custody, may stand on his present bond.

_____
UNITED STATES MAGISTRATE JUDGE

Charges: 26 USC §7203
Assistant U.S. Attorney assigned to case: Stuart Canale
Defendant's Age: 53

This document entered on docket sheet in compliance with Rule 55
and/or Rule 32(b) FRCrP on 5-9-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 2:05-CR-20119 was distributed by fax, mail, or direct printing on May 9, 2005 to the parties listed.

---

Kemper B. Durand
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Stuart J. Canale
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT