IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 29 AM 6:43

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA

v.                                              CR. NO.05-20119
                                                Judge McCalla
CHRISTOPHER AGEE,
    Defendant

## CONSENT ORDER ON CRIMINAL CASE CONTINUANCE AND EXCLUSION OF TIME

As indicated by the signatures below, the United States, through Stuart Canale, Assistant United States Attorney, and Kemper B. Durand, counsel for the defendant have agreed that, for good cause, this case should be continued for reasons resulting in the exclusion of time under the Speedy Trial Act. The case is currently set on the September, 2005, criminal rotation calendar, but is now RESET for report at 9:00 a.m. on ~~Friday, October~~ Wed. Nov 23, 2005, with trial to take place on the ~~November~~ December, 2005, rotation calendar with the time excluded under the Speedy Trial Act through ~~November~~ December 16, 2005. Agreed in open court at report date this 26th day of August, 2005.

SO ORDERED this 26th day of August, 2005.

_____
JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

_____           _____
Stuart Canale, Assistant U. S. Attorney     Kemper B. Durand
                                            Attorney for Christopher Agee

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 8-29-05

/17

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 17 in case 2:05-CR-20119 was distributed by fax, mail, or direct printing on August 29, 2005 to the parties listed.

---

Stuart J. Canale
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Kemper B. Durand
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Honorable Jon McCalla
US DISTRICT COURT